THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00023-MR

| | |
|---|---|
| THOMAS E. PEREZ,<br>Secretary of Labor, United States<br>Department of Labor,<br><br>          Plaintiff,<br><br>    vs.<br><br>KEITH VINSON, TRADITION, LLC,<br>and TRADITION, LLC, GROUP<br>HEALTH PLAN,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **O R D E R**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER** is before the Court on the parties' "Certificate of Initial Attorneys' Conference" [Doc. 14].

Local Civil Rule 16.1 provides, in pertinent part, that upon completion of the initial attorney's conference, the parties shall file a Certification of Initial Attorney's Conference, which serves as a guideline for the Court in issuing a Scheduling Order. LCvR 16.1(B). This Local Rule specifically references a certification form, which may be downloaded through the Court's website at http://www.ncwd.uscourts.gov/forms/all-forms.

In the present case, the parties filed a Certificate of Initial Attorneys' Conference but failed to utilize the form provided by the Court. The parties' Certificate fails to contain all of the information required by the Court to enter a case management order.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties' Certificate of Initial Attorneys' Conference [Doc. 14] is **STRICKEN**, and the parties shall file a new Certification of Initial Attorney's Conference, utilizing the form provided by the Court, within twenty-one (21) days of this Order.

**IT IS SO ORDERED.**

Signed: October 21, 2013

Martin Reidinger
United States District Judge