THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00023-MR

| | |
|---|---|
| THOMAS E. PEREZ, )<br>Secretary of Labor, United States )<br>Department of Labor, )<br>)<br>                Plaintiff, )<br>)<br>    vs. )<br>)<br>KEITH VINSON, TRADITION, LLC, )<br>and TRADITION, LLC, GROUP )<br>HEALTH PLAN, )<br>)<br>                Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Be Released from Obligation to Mediate [Doc. 19].

Local Civil Rule 16.2 provides, in pertinent part, that the Court, upon motion of any party, may determine that a case is not suitable for alternative dispute resolution (ADR). LCvR 16.2(B). Upon consideration of the Plaintiff's Motion, and for the reasons stated therein, the Court concludes that this case in no longer appropriate for ADR, and thus the Pretrial Order and Case Management Plan shall be amended to relieve the parties of their obligation to conduct mediation in this case.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Be Released from Obligation to Mediate [Doc. 19] is **GRANTED**, and the Pretrial Order and Case Management Plan previously entered in this matter is hereby amended to relieve the parties of their obligation to conduct mediation in this case.

**IT IS SO ORDERED.**

Signed: January 8, 2014

Martin Reidinger
United States District Judge