THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00023-MR

THOMAS E. PEREZ, )
Secretary of Labor, United States )
Department of Labor, )
 )
         Plaintiff, )
 )
vs. ) **O R D E R**
 )
KEITH VINSON, et al., )
 )
         Defendants. )
_____ )

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss without Prejudice [Doc. 23].

For the reasons stated in the Plaintiff's Motion, and for cause shown, the Court will dismiss this action without prejudice.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion [Doc. 23] is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: August 28, 2014

_____
Martin Reidinger
United States District Judge