# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Thomas E. Perez**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:13-CV-023 |
| | ) | |
| vs. | ) | |
| | ) | |
| Keith Vinson, et al.**,** | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 28, 2014 Order.

August 28, 2014

Signed: August 28, 2014

Frank G. Johns, Clerk
United States District Court